Millis J. STOKES, Plaintiff–Appellant,

v.

Ron ANGELONE, Director, individually and in his official capacity as Director of the Commonwealth of Virginia Department of Corrections, Defendant–Appellee,

and

Virginia Department Of Corrections, Defendant.

No. 04–1393.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 1, 2004.

Decided: Sept. 15, 2004.

JeRoyd Greene, III, Robinson and Greene, Richmond, Virginia, for Appellant.

Jerry W. Kilgore, Attorney General, Edward M. Macon, Martha M. Parrish, Senior Assistant Attorney Generals, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Millis J. Stokes appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Stokes v. Angelone, No. CA–03–869–3 (E.D.Va. Feb. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*